## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Southern Division
### Docket No. 7:08-M-1197-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Olivia Jean Vega** | ) | |

On this the 2nd day of June, 2010, comes Dennis E. Albertson, U.S. Probation Officer, in open court at New Bern, North Carolina, who shows the court that Olivia Jean Vega appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on February 11, 2009, and pursuant to an earlier plea of guilty to Driving While Impaired (Level III), in violation of N.C. General Statute 20-138.1 as assimilated by 18 U.S.C. § 13, was sentenced to a 12 month term of probation.

From evidence presented, the court finds as a fact that Olivia Jean Vega, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to perform community service.
2. Failure to complete treatment program as prescribed by the DWI substance abuse assessment.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 7 days.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily report on December 1, 2010, to the designated institution upon notification of the U.S. Marshal.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 2nd day of June, 2010.

Robert B. Jones, Jr.
U.S. Magistrate Judge